IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| AMILCAR JOSE CASTRO GOMEZ, | § § § | |
| *Petitioner*, | § § | |
| v. | § § | CIVIL ACTION NO. 9:26-CV-00027 |
| ALEXANDER SANCHEZ, in his official capacity as Warden of the IAH Secure Adult Detention Facility; BRET BRADFORD, in his official capacity as Field Office Director of ICE Enforcement and Removal Operations Houston Field Office; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; PAM BONDI, in her official capacity as Attorney General of the United States, | § § § § § § § § § § § § | JUDGE MICHAEL J. Truncale |
| *Respondents*. | § § | |

## ORDER DIRECTING PETITIONER TO COMPLY WITH LOCAL RULES

Before the Court is Petitioner Amilcar Jose Castro Gomez's Petition for Writ of Habeas Corpus. [Dkt. 1]. The Court has reviewed the Petition and finds it to be in violation of Local Rule CV-65.

It is therefore **ORDERED** that Petitioner file an Amended Petition, and additional motions as necessary, curing the defect(s) within **three (3) days** from the date of this Order. Failure to do so may result in this action's dismissal without prejudice.

**SIGNED** this 4th day of February, 2026.

*[signature: Michael J. Truncale]*

Michael J. Truncale
United States District Judge